Allen        The prisoner was sentenced to the *Auburn* state prison
v.        for 10 years.
Calhoun.

Rule accordingly. (*a*)

---

ALLEN *against* CALHOUN and OTHERS.

The su-
preme court    *L. Beardsley* moved to set aside the inquest taken
will not inter-  against the defendants, at the last *Otsego* circuit, on the
fere with the
practice of the  ground, (among others,) that though the notice of trial for
circuit judge,  the circuit was not for an inquest ; yet an inquest was
as to the cor-
rection of his  taken by the plaintiff out of its order on the calendar.
calendar.
  *It seems*, a  There were issues of different dates in the cause ; the first
cause should  was the general issue ; and the others were joined, at a
be   placed
there, accord-  later period, by replication to the defendants' special pleas.
ing to the date  The cause stood on the calendar as of the last date ; but
of the oldest
issue in it.   on motion of the plaintiff's counsel, on the third day of the
circuit, it was raised to the date of the first, by order of the
circuit judge ; called as of that date, and an inquest taken.

*J. Brackett* and *A. Stewart*, contra.

*Curia.* The correction of the circuit calendar belongs
exclusively to the judge ; nor will we interfere with his
rules of practice on this head. Besides, he proceeded on
the same principle which we have adopted in the correc-
tion of our own calendar. (*Griswold* v. *Stewart*, 3 *Cow-
en*, 16.) There is, however, an affidavit of merits ; and
the defendants may take their motion on payment of costs ;
they having accounted for not appearing at the trial.

Rule accordingly.